UNITED STATES of America,
Plaintiff–Appellee

v.

Paris D. ST. JOHN, Defendant–
Appellant.

No. 04–11042.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 1, 2006.

Susan B. Cowger, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Adrienne Urrutia, San Antonio, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.